

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00185-CR

**IN RE** Ulises Silva **CASILLAS**

Original Proceeding[1]

PER CURIAM

Sitting:     Luz Elena D. Chapa, Justice
             Irene Rios, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: May 10, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On March 6, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion for stay of the underlying proceeding pending final resolution of the petition for writ of mandamus, which this court granted in part on March 8, 2023. After considering the petition, real party in interest's response, relator's reply, and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed on March 8, 2023 is lifted.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 13723CR, styled *State of Texas v. Ulises Silva Casillas*, pending in the County Court, Kinney County, Texas, the Honorable Todd Alexander Blomerth and the Honorable Susan D. Reed presiding.